1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                         CENTRAL DISTRICT OF CALIFORNIA

9
10   MARION MARC PRYOR,                )        NO.  CV 17-7566-DSF (AGR)
                                       )
11                  Plaintiff,         )
                                       )        JUDGMENT
12        v.                           )
                                       )
13   LOS ANGELES COUNTY                )
     DISTRICT ATTORNEY'S OFFICE,       )
14                                     )
                  Defendant.           )
15   _____ )

16
          Pursuant to the Order Of Dismissal,
17
          IT IS ADJUDGED that Plaintiff's First Amended Complaint is dismissed without
18
     leave to amend.
19
20   DATED:   2/26/18        _____
21                                     DALE S. FISCHER
                                   United States District Judge
22
23
24
25
26
27
28